# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **JUDGMENT** <br> on a Motion pursuant to |
| Plaintiff, | 28 U.S.C. § 2255 |
| v. | Case No.: 09-cv-234-bbc <br> 05-cr-1-jcs |
| **ROBERT LEE McNEAL,** | |
| Defendant. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Defendant's motion for post-conviction relief pursuant to 28 U.S.C. § 2255 is DISMISSED.


PETER OPPENEER
_____
**Peter Oppeneer, Acting Clerk**

/s/ M. Hardin                                                                             6/18/09
_____                      _____
**by Deputy Clerk**                                                                       Date